**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: REESTABLISHMENT OF THE MAGISTERIAL DISTRICTS WITHIN THE 44th JUDICIAL DISTRICT OF THE COMMONWEALTH OF PENNSYLVANIA | : : : : : | NO. 511

MAGISTERIAL RULES DOCKET |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 13th day of September 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 44th Judicial District (Wyoming and Sullivan Counties) of the Commonwealth of Pennsylvania, it is hereby **ORDERED AND DECREED** that the Petition, which provides for the realignment of Magisterial Districts 44-3-01, and 44-3-02, within Wyoming County, to be effective January 2, 2023 is granted; and that the Petition, which provides for the reestablishment of Magisterial District 44-3-03 within Sullivan County, to be effective immediately, is granted.

     Said Magisterial Districts shall be as follows:

| | |
|---|---|
| Magisterial District 44-3-01<br>Magisterial District Judge David K. Plummer | Factoryville Borough<br>Meshoppen Borough<br>Nicholson Borough<br>Clinton Township<br>Lemon Township<br>Meshoppen Township<br>Nicholson Township<br>Overfield Township<br>Tunkhannock Borough<br>Washington Township |

| | |
|---|---|
| Magisterial District 44-3-02<br>Magisterial District Judge Carl W. Smith, Jr. | Laceyville Borough<br>Braintrim Township<br>Eaton Township<br>Exeter Township<br>Falls Township<br>Forkston Township<br>Mehoopany Township<br>Monroe Township<br>North Branch Township<br>Northmoreland Township<br>Noxen Township<br>Tunkhannock Township<br>Windham Township |
| Magisterial District 44-3-03<br>Magisterial District Judge Jennifer Y. Vandine | Dushore Borough<br>Eagles Mere Borough<br>Forksville Borough<br>Laporte Borough<br>Cherry Township<br>Colley Township<br>Davidson Township<br>Elkland Township<br>Forks Township<br>Fox Township<br>Hillsgrove Township<br>Laporte Township<br>Shrewsbury Township |